Form B 250E (12/09)

# United States Bankruptcy Court
# Northern District Of Illinois

WESTERN DIVISION

In re Delores K Crededio    ,  )   Case No. 15-81676
                               )
                     Debtor*  )
                               )   Chapter  7
                               )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Delores K Crededio

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 6/25/2015 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk: Clerk of the U.S. Bankruptcy Court
327 S. Church Street, Room 1100
Rockford, IL 61101

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Richard H Fimoff
Robbins, Salomon & Patt Ltd
180 North LaSalle Street

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Room |
|---|---|
| US Courthouse<br>327 South Church Street<br>Rockford, IL 61101 | 3100 |
| | Date & Time<br>8/3/2015  9:30 am |

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt _____ (Clerk of the Bankruptcy Court)

Date: 06/26/2015    By: K. Krypton (Deputy Clerk)

**SEAL COPY**

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

In Re:   Delores K Crededio                                    Case No:   15-81676

# CERTIFICATE OF SERVICE

I,_____(name), certify that on _____

(date), I served this summons and a copy of the involuntary petition on _____

(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:_____          Signature: _____

    Print Name:          _____

    Business Address:   _____

                                     _____